FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 NOV -6  P 2: 24

CLERK'S OFFICE
AT GREENBELT
                    DEPUTY

RWT 13 CV 3312

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

BERTIE BECKWITH

    Plaintiff

Vs.                                                              Case No.: CAL12-38680

NATIONAL RAILROAD CORPORATION, et. al.

    Defendants

## MEMORANDUM AND ORDER OF COURT

The court has received plaintiff's Motion for Reconsideration of Dismissal and will grant in part the request and deny it in part. In doing this, the court wants the case to move and get to issue and be heard.

**THEREFORE**, it is this 7th day of August, 2013 by the Circuit Court for Prince George's County, Maryland

    **ORDERED**, that the Contemplated Dismissal is Deferred until October 11, 2013; and it is further

    **ORDERED**, that a Status Hearing shall be heard on October 11, 2013 at 9:00 a.m. before Judge Green.

                                                                     _/s/ Leo E. Green, Jr._

                                                                     Leo E. Green, Jr., Judge

Copies mailed by Court to:

Michael F. Barnett, Esq.
12709 Water Fowl Way
Upper Marlboro, MD 20774

National Railroad Passenger Corp.
Baltimore Claims Office
Amtrack Division
1500 N. Charles St.
Baltimore, MD 21201

State of Maryland
Attn: Attorney General
200 St. Paul Place
Baltimore, MD 21202

_/s/ Lori Hester 8/7/13_
Lori Hester, Admin Aide to the
Honorable Leo E. Green, Jr.

ENTERED: 8-9-13